UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------
HANOVER INSURANCE GROUP,

                              Plaintiff,

            -against-

YRC, INC. d/b/a YRC FREIGHT d/b/a
YELLOW CORPORATION,

                              Defendant.
---------------------------------------------------------

**MEMORANDUM & ORDER**
**22-CV-7740 (NGG) (TAM)**

NICHOLAS G. GARAUFIS, United States District Judge.

Pending before the court is Plaintiff's claim under the Carmack Amendment, 49 U.S.C. §14706. (Compl. (Dkt. 1).) Plaintiff failed to properly serve Defendant as required by Fed. R. Civ. P. 4(m). Magistrate Judge Taryn A. Merkl issued a *sua sponte* Report and Recommendation ("R&R") recommending dismissal of Plaintiff's action for failure to serve process. (*See generally* R&R (Dkt. 6))

No party has objected to Magistrate Judge Merkl's R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2). Therefore, the court reviews the R&R for clear error. *See Velasquez v. Metro Fuel Oil Corp.*, 12 F. Supp. 3d 387, 397 (E.D.N.Y. 2014). Having found none, the court ADOPTS the R&R in full and, for the reasons stated in the R&R, ORDERS the cases be dismissed without prejudice pursuant to Rule 4(m). The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    Brooklyn, New York
            October 16, 2023

                                        s/Nicholas G. Garaufis
                                        NICHOLAS G. GARAUFIS
                                        United States District Judge